■ In the Matter of DIANE FIGUEROA, Petitioner, v BARBARA BLUM, as Commissioner of the New York State Department of Social Services, et al., Respondents. — Proceeding pursuant to CPLR article 78 to review a determination of the respondent State Commissioner of Social Services, dated September 25, 1980 and made after a statutory fair hearing, which affirmed a determination of the local agency to discontinue petitioner's public assistance benefits for a period of 60 days. Determination confirmed and proceeding dismissed on the merits, without costs or disbursements. The State commissioner's determination is supported by substantial evidence (see *Matter of Pell v Board of Educ.,* 34 NY2d 222). Bracken, J. P., Brown, Niehoff and Rubin, JJ., concur.

■ In the Matter of CAROL FORNARIS, by Her Attorney in Fact, NORTH SHORE UNIVERSITY HOSPITAL, Petitioner, v JOSEPH D'ELIA, as Commissioner of the Nassau County Department of Social Services, et al., Respondents. — Proceeding pursuant to CPLR article 78 to, *inter alia,* review a determination of the respondent State Commissioner of Social Services, dated September 8, 1980, and made after a statutory fair hearing, which affirmed the denial of petitioner's application for medical assistance. Determination confirmed and proceeding dismissed on the merits, without costs or disbursements. The doctrine of *res judicata* is inapplicable in the instant proceeding (cf. *Matter of Doherty v Cuomo,* 76 AD2d 14), and the State commissioner's determination is supported by substantial evidence. Mollen, P. J., Weinstein, Gulotta and Thompson, JJ., concur.

■ In the Matter of MARTHA FOWLER, Petitioner, v BARBARA BLUM, as Commissioner of the New York State Department of Social Services, et al., Respondents. — Proceeding pursuant to CPLR article 78 to review a determination of the Commissioner of the New York State Department of Social Services, dated February 11, 1980, which affirmed the determination of the local agency that petitioner was disqualified from receiving public assistance. Determination confirmed, without costs or disbursements, and proceeding dismissed on the merits. There is sufficient basis in the record to support the determination. Mollen, P. J., Weinstein, Gulotta and Thompson, JJ., concur